### NEGRO CAGER v. PHILIP WHITE.

Court of Common Pleas. Sussex. April, 1798.

*Wilson's Red Book, 198.*

*Vining* for petitioner. *Hall* for defendant.

Case: John Aydelotte, an inhabitant of Sussex, some time since gave this Negro, his slave, to defendant's wife, who then and still resides in Maryland, reserving to donor the use of the Negro during his own life. Aydelotte died seven or eight years ago. Defendant took his slave home into Maryland about three years ago, from whom he ran away, came into Sussex and petitioned against his master upon his coming to take him home. Defendant said he had recorded the slave at Snowhill.

BASSETT, C. J. The law of Maryland is that a man moving into Maryland may take his slaves with him if he records them,

but a man residing there cannot take one into that state by their law which was passed in 1783. Mr. Tilghman was obliged to have a law passed in Maryland for the carrying his Negroes devised him in this state into Maryland. I have heard there is a late law passed there on this subject. We had the same case in that of Andrew Fisher in New Castle County.

JOHNS, J. We decided this very point in New Castle upon the ground of the Act of 1783.

Judgment of manumission.